NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN HIPPELY, BENNETT COBB, SR., ERIC FINCHAM, MARILYN LANNING, HAROLD LANNING, ROSALIE LANNING, RICHARD MOWEN, ELAINE MOWEN, WARREN R.C. INC., RICHARD L. GWIN, DEBORAH A. GWIN, OHIO EDISON CO., JOHN CAICCO, CARMELLA WILLIAMS, JOSEPH CAICCO, JEROME CAICCO, nka Jerry Caicco,**
*Plaintiffs-Appellees*

v.

**UNITED STATES,**
*Defendant-Appellant*

---

2025-1100

---

Appeal from the United States Court of Federal Claims in No. 1:18-cv-01070-RTH, Judge Ryan T. Holte.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                            HIPPELY v. US

(2)  Each side shall bear their own costs.

FOR THE COURT

February 6, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** February 6, 2025